**WESTINGHOUSE ELECTRIC COMPANY, LLC, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 03–5141.

United States Court of Appeals, Federal Circuit.

May 6, 2004.

Richard S. Ewing, Principal Attorney, Donald E. Kinner, David M. Cohen, Of Counsel, Washington, DC, for Defendant–Appellee.

Steven Fies Baicker–McKee, Principal Attorney, Babst Calland, Pittsburgh, PA, for Plaintiff–Appellant.

Before LOURIE, Circuit Judge, PLAGER, Senior Circuit Judge, and PROST, Circuit Judge.

*JUDGMENT*

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

**Ronald E. BROWN, Sr., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 04–5081.

United States Court of Appeals, Federal Circuit.

May 6, 2004.

ORDER

Order Vacating, See 2004 WL 1303368.

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.